# LAW OFFICES
# HOWARD LEE SCHIFF, P.C.

CONNECTICUT • MAINE • MASSACHUSETTS • NEW HAMPSHIRE • RHODE ISLAND • VERMONT          HOWARD LEE SCHIFF 1933 - 2007

| 510 Tolland Street | East Hartford, Connecticut 06108 | Office Hours: 8:30 AM – 6:00 PM |
| Telephone (860) 528-9991 | Toll Free: (866) 234-7606 | Facsimile: (860) 528-7602 |

FRANCINE BASHIR                                              April 15, 2018

RE: ▓▓▓▓▓▓▓▓
    Creditor: Barclays Bank Delaware / UPROMISE MASTERCARD
    Customer: FRANCINE BASHIR
    Outstanding Balance: $4,294.40
    Account No.: XXXXXXXXXXXX8452

Dear FRANCINE BASHIR:

We have been retained by Barclays Bank Delaware in connection with he above-referenced account.

VALIDATION NOTICE

If you do not dispute the validity of the debt, or any portion thereof, within 30 days of the receipt of this letter, we will assume it is valid. If you dispute the validity of this debt or any portion thereof, within 30 days of receipt of this letter, we will obtain and mail you verification of the debt or a copy of a judgment against you. At your request, in writing within 30 days of receipt of this letter, we will provide you with the name and address of the original creditor, if different from the current creditor.

Respectfully,

Law Offices Howard Lee Schiff, P.C
Office Hours: Monday-Friday, 8:30 a.m.-6:00 p.m.
Toll-Free: (866) 234-7606

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

4v CT